United States Courts
Southern District of Texas
FILED

*February 07, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:24-cr-0069** |
| | § | |
| **CHRISTOPHER AVERY KELLY,** | § | |
| **JONATHAN FREEMAN,** | § | |
| **Defendants.** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, Cash America Pawn is a Fort Worth, Texas based business with locations throughout the United States. Cash America Pawn is engaged in a business which buys and sells non-perishable goods and transacts in United States currency; these goods and currency travel in interstate commerce and affect interstate commerce.

## COUNT ONE

Aiding and Abetting Interference with Commerce by Robbery

On or about June 1, 2023, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER AVERY KELLY,
JONATHAN FREEMAN,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, § 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Cash America Pawn, located at 13706 Almeda Road, Houston, Texas,

1

which was in the possession and custody of an employee of Cash America Pawn, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a) & 2.

## COUNT TWO

### Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about June 1, 2023, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER AVERY KELLY,**
**JONATHAN FREEMAN,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

## COUNT THREE

### Aiding and Abetting Interference with Commerce by Robbery

On or about June 23, 2023, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER AVERY KELLY,**
**JONATHAN FREEMAN,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, § 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Cash America Pawn, located at 8625 Main Street, Houston, Texas, which

was in the possession and custody of an employee of Cash America Pawn, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## **COUNT FOUR**

<u>Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence</u>

On or about June 23, 2023, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER AVERY KELLY,**
**JONATHAN FREEMAN,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

ALAMDAR S.  HAMDANI
United States Attorney

BY:    *Brian Joseph Hrach*
       BRIAN JOSEPH HRACH
       Assistant United States Attorney

3